UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CR-384-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **MAURICE STUCKEY,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's Letter/Motion to Reduce Sentence. (Doc. No. 82). Defendant does not provide the court with any legal reason to reduce the sentence imposed under 18 U.S.C. § 3582. Moreover, only the Government may file a motion to reduce sentence under FED. R. CRIM. P. 35. Finally, Defendant has already filed, and this Court has denied, a motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255. (Doc. Nos. 74, 75).

Having considered defendant's motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Letter/Motion to Reduce Sentence (#35) is **DENIED**.

Signed: February 15, 2022

Max O. Cogburn Jr.
United States District Judge